TO: CLERK OF U.S. DISTRICT COURT
    U.S. FEDERAL COURTHOUSE
    101 W. LOMBARD ST
    BALTIMORE, MARYLAND
                21202

08-1461

JUN 1 2 2008

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

RE: WEAVER VS. STATE

DEAR HONORABLE CLERK,                    JUNE 10, 2008

        BACK ON MAY 30, 2008, I FILED WITH THIS
COURT A pro sé "WRIT OF HABEAS CORPUS", CLAIMING
THAT THE WARRANT AND CHARGING DOCUMENT WERE
NOT LEGAL AND IN VIOLATION OF THE U.S. CONSTITUTION
AND MARYLAND STATE CONSTITUTION.
        AS OF THIS LETTER, I HAVE FAILED TO RECEIVE
ANYTHING FROM THIS COURT, EVEN ANY REPLY FROM
A CIVIL CLASS ACTION.
        I HAVE NOW ENCLOSED A COPY OF SAID
CHARGING DOCUMENT, ALONG WITH QUOTATION OF
RELEVANT MARYLAND PROCEDURE RULE GOVERNING
CHARGING DOCUMENT(S) AND REQUIREMENT(S).
        PLEASE ATTACH THESE TO MY "WRIT OF HABEAS
CORPUS" AND PROVIDE ME WITH A COPY OF THE COURT'S
DOCKET SHEET IN REFERENCE TO THIS MATTER.

CC: FILE/V                    Respectfully Submitted,
                             Randy A. Weaver
                             RANDY A. WEAVER - pro se

Please note the following issue(s):

(1). On page one (1) of seven, note that the charging document states that offense occurred on or about 08/01/07 - this is (37) thirty-seven days prior to date victims alledge on page (2) two of seven. The victim alledges 09/08/07.

(2). Notice then on page (3) three the victim(s) then alledge that incident occurred on 08/09/07. Then on page (2) two of warrant they alledge 10/08/07.
   Clearly (4) four different dates not only violates petitioners equal protection and due process but does not allow a defense to be built according to Rule 4-202 of Maryland Rules of procedure.

This court has clearly ruled as has the U.S. Supreme Court that a warrant or charging document must be a consise statement of facts alledging a consise date. The court has found that a defective warrant can not stand and must be quashed. Plus, charging document does not support probable cause.

-2-

FILED

JUN 1 2 2008

**DISTRICT COURT OF MARYLAND FOR** Frederick County



LOCATED AT (COURT ADDRESS)

100 W. Patrick St

Frederick, MD 21701-5548

(City/County)

RELATED CASES:

DC Case No: **5U00053555**

| COMPLAINANT | DEFENDANT |
|---|---|
| DET. JOSEPH ROWE #0311 | RANDY A WEAVER |
| Printed Name | Printed Name |
| 110 AIRPORT DRIVE EAST | NO FIXED ADDRESS |
| Number and Street Address | Number and Street Address |
| FREDERICK MD 21701        301-600-2582 | |
| City, State, and Zip Code      Telephone | City, State, and Zip Code      Telephone |
| FCSO ZJ-10 | CC# 07-67432 |
| Agency, sub-agency, and I.D. #      (Officer Only) | |

DEFENDANT'S DESCRIPTION: Driver's License# W-160-721-642-660 FL     Sex M  Race W  Ht 5'10  Wt 170

Hair BLN  Eyes BRN  Complexion FAIR  Other _____  D.O.B 07/26/1964  ID _____

### APPLICATION FOR STATEMENT OF CHARGES                Page 1 of 7

I, the undersigned, apply for statement of charges and a summons or warrant which may lead to the arrest of the

above named Defendant because on or about 08/01/2007 ①   at 5630 DENTON CT FREDERICK MD
          Date

21703 _____ , the above named Defendant

(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it):

SEE ATTACHED NARRATIVE

(Continued on attached ___7___ pages) (DC/CR 1A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge,
information and belief.

② .03/10/08 _____        DET. JOSEPH ROWE #0311
          Date                                                    Officer's Signature

I have read or had read to me and I understand the Notice on the back of this form.

_____
          Date

Subscribed and sworn to before me this __1ST__ day of __April__ __2008__       ___Bro___
                                                              Month   Year                 I.D.

Time: 10:00 AM      Judge/Commissioner _____

I understand that a charging document will be issued and that I must appear for trial ☐ on _____
                                                                                                          Date

at _____ , ☐ when notified by the Clerk, at the Court location shown at the top of this form.
          Time

_____
          Applicant's Signature

☐ I have advised applicant of shielding right.   ☐ Applicant declines shielding.
☐ I declined to issue a charging document because of lack of probable cause.

_____                        _____
          Date                                    Commissioner            I.D.

Tr.#071002005421

**DEFENDANT COPY**

DC/CR 1 (Rev. 12/2006)



**DISTRICT COURT OF MARYLAND FOR** Frederick County _____ (City / County )

| LOCATED AT ( COURT ADDRESS ) | DISTRICT COURT CASE NUMBER |
|---|---|
| 100 W. Patrick St. Frederick, MD 21701-5548 | FILED ☐ ENTERED LODGED ☐ **JUN 1 2 2008** |

DEFENDANT'S NAME (LAST, FIRST, M.I.)

WEAVER, RANDY A

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)**   Page 2 of 7

On 09/14/07 Det. Rowe was assigned to follow-up on a Burglary that was reported on 09/09/07. The incident was reported to Dep. Rustin. Dep. Rustin was dispatched 5630 Denton Ct Frederick, MD. Upon arrival Dep. Rustin contacted the reporting party, Angela Schetrompf. Schetrompf advised Dep. Rustin that she was house sitting for her father Harvey Keeney. Schetrompf stated that she had been at home the entire day on 9/8/07 and between 22:30 and 2300hrs she had noticed several items were missing. Schetrompf provided Dep. Rustin a list of items stolen to include jewelry, computer, and firearms. After reviewing the initial report, Det. Rowe completed pawn search for the items Schetrompf reported missing from her father's residence. Det. Rowe had no luck locating any of the items. Det. Rowe spoke with the victim Keeney on numerous occasions while Keeney was in Florida. Det. Rowe advised Keeney that upon returning home, to contact Det. Rowe with a detail list of the items missing. On 11/01/07, Det. Rowe received a telephone call Keeney regarding numerous items that he had located at Famous Pawn Brokers located at 500 W. Patrick St. Det. Rowe responded to Famous Pawn Brokers at 1330hrs. Upon arrival, Det. Rowe made contact with Keeney. Keeney advised Det. Rowe that he just returned from Florida, and wanted to look in the local pawnshops for the items that was stolen from his residence. Keeney advised Det. Rowe that he located numerous items that belonged to him and his wife. Det. Rowe had Keeney point the items out to manager Andrew Hose. Hose pulled the items from the showcases, and Keeney identified the items as belonging to him. Det. Rowe asked Hose to advise Det. Rowe who pawned the items.

03/10/08
_____
Date

_____
Applicant's Signature

PC DC/CR 1A (Rev. 1/02)

TRACKING NUMBER

COURT COPY

JUN 1 2 2008



**DISTRICT COURT OF MARYLAND FOR** Frederick County................................... (City / County)
DISTRICT OF ...............

LOCATED AT ( COURT ADDRESS )
100 W. Patrick St.
Frederick, MD  21701-5548

DISTRICT COURT
CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

WEAVER, RANDY A

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)**   Page 3 of 7

13 Hose advised Det. Rowe that three different individuals had pawned the items. Det. Rowe was provided with the following names: Tyshawn Thomas Emanuel, Randy Weaver, and Angel Ann Atwell. Det. Rowe completed "Police Hold" forms for all of the above individuals, and requested that Hose pull all of the items from the showcases.

14 Det. Rowe and Keeney then responded to Famous Pawn Brokers located at 1409 W. Patrick St where Keeney identified more items belonging to him. Det.
15 Rowe was provided with two names of the individuals who pawned the items as Tyshawn Thomas Emanuel and Mary Louise Ruble. Det. Rowe completed two "Police Hold" forms, and asked manager Jeremy Snowberger to pull the items from his showcases. Det. Rowe also asked Snowberger to print a transaction report for both individuals. Det. Rowe observed that Ruble had an extensive
16 pawn history from 08/01-08/18/07. Det. Rowe observed that Ruble pawned/sold (53) items, and received $1209.00. After placing the items on "Police Hold", Det.
17 Rowe requested Keeney to complete a detailed list of the items stolen from his residence. Keeney advised Det. Rowe that he had to return to South Carolina to pick up his wife. Keeney advised Det. Rowe after returning home to would
18 provide a list of stolen property. On 11/16/07 Keeney provided Det. Rowe with a list of items that were stolen from his residence during the burglary on or about
19 08/09/07. The list included a large amount of Jewelry, Electronic Equipment, Firearms (handguns/long guns), and ammunition. The value of the items is
20 approximately $35,994.00 After reviewing the items Det. Rowe had the firearms,
21 and two computers listed into NCIC by PIS Smith.  The following list are some of

03/10/08
Date

Applicant's Signature

TRACKING NUMBER

PC DC/CR 1A  (Rev. 1/02)                                                                    COURT COPY

JUN 1 2 2008

**DISTRICT COURT OF MARYLAND FOR** Frederick County .......................... (City / County)



DISTRICT OF MARYLAND

| LOCATED AT  ( COURT ADDRESS ) | DISTRICT COURT CASE NUMBER |
|---|---|
| 100 W. Patrick St. Frederick, MD  21701-5548 | |

DEFENDANT'S NAME (LAST, FIRST, M.I.)

WEAVER, RANDY A

### APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)   Page 4 of 7

the items that Keeney reported stolen to Det. Rowe:

1. 14K Multi-Color Birthstone Ring, valued at $300.00
2. 10K Gold/Onyx ring w/eagle, valued at $125.00
3. Magnavox DVD player, M/MWD200GA, S/E175216, valued at $30.00
4. 14K Rope Necklace, valued at $200.00
5. 18K Sapphire birthstone ring, valued at $210.00
6. 14K Sapphire birthstone ring, valued at $125.00
7. 14K Gold tiger eye, w/diamonds, valued at $252.98
8. Pave gold and diamond pendant necklace, valued at $315.00
9. KLAUS-KOBEC watch, valued at $275.00
10. 14K Blue Topaz ring, valued at $145.00
11. 14K Tanzanite ring, valued at $300.00
12. Fig Link Bracelet, valued at $125.00
13. Macaroni Link Bracelet, valued at $200.00
14. Ring w/ initial 'K', valued at $100.00
15. Bracelet w/square hoops, valued at $200.00
16. Sun pendant, valued at 75.00
17. Serpentine necklace, valued at $200.00
18. Dell D600 Laptop, S/GVN3271, valued at $5000.00

On 11/05/07, Det. Rowe conducted a pawn check on all of the individuals listed above. Det. Rowe observed that two of the individuals had pawned numerous items.

03/10/08
_____
Date

_____
Applicant's Signature

PC DC/CR 1A (Rev. 1/02)

TRACKING NUMBER

COURT COPY



**DISTRICT COURT OF MARYLAND FOR** Frederick County .......................................................... (City / County)

| LOCATED AT ( COURT ADDRESS )<br>100 W. Patrick St.<br>Frederick, MD 21701-5548 |  |
| --- | --- |

DEFENDANT'S NAME (LAST, FIRST, M.I.)

WEAVER, RANDY A

### APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)   Page 5 of 7

Det. Rowe then pulled Randy Weaver's pawn history, and observed the following items:

Famous Pawn Brokers (1409 W. Patrick St)

Transaction # 360923553, dated 08/13/07 at 1847hrs,
1.10K Man's onyx cameo ring, received $50.00
2.10K Man's sapphire ring, received $25.00

Famous Pawn Brokers (500 W. Patrick St)

Transaction # 361273341, dated 10/08/07 at 1037hrs,
1.14K TOPAZ BIRTHSTONE RING, received $15.00
2.14K TANZANITE BIRTHSTONE RING, received $70.00

Trading Post Pawn (927 Pennsylvania Ave, Hagerstown MD)

Transaction # 33989, dated 09/08/07 at 1157hrs,
1. FIG LINK BRACELET, received $16.00
2. MACARONI LINK BRACELET, received $11.00
3. RING W/INITIAL 'K', received $14.00
4. BRACELET W/SQUARE HOOPS, received $13.00
5. SUN PENDANT, received $30.00

03/10/08
Date

Applicant's Signature

PC DC/CR 1A (Rev. 1/02)



COURT COPY

FILED          ENTERED



**DISTRICT COURT OF MARYLAND FOR** Frederick County

JUN 1 2 2008 (City / County )

| LOCATED AT  ( COURT ADDRESS ) |
| 100 W. Patrick St. |
| Frederick, MD  21701-5548 |


DISTRICT COURT
CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

WEAVER, RANDY A

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)**   Page 6 of 7

6. SERPENTINE NECKLACE, received $16.00

Transaction # 33990, dated 09/08/07 at 1203hrs,
1. (2) 1923 Silver Dollars, received $8.00

(23) Keeney identified the items in bold print as belonging to him. Det. Rowe released the items back to Keeney. Det. Rowe has attempted to contact Weaver regarding the items that he had pawned although Weaver has no fixed address. Det. Rowe applied for charges with the District Court Commissioner for Theft=500 and Theft Scheme +500.

Det. Rowe requests an arrest warrant for Randy A Weaver for the following charges:

CR 7-104
*3_0521*          **THEFT: $500 PLUS VALUE**
(24) ...did steal jewelry of Harvey Keeney having a
value of $500 or greater, in the violation of CR 7-104
of the Annotated Code

03/10/08
Date

Applicant's Signature

PC DC/CR 1A (Rev. 1/02)


TRACKING NUMBER

COURT COPY



**DISTRICT COURT OF MARYLAND FOR** Frederick County ........................................................... (City / County )

LOCATED AT  ( COURT ADDRESS )
100 W. Patrick St.
Frederick, MD  21701-5548


DISTRICT COURT
CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

WEAVER, RANDY A

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)   Page 7 of 7

CR 7-104

*3_5041*        **THEFT-SCHEME: $500 PLUS**

(5) did, between the dates of 08/13/07 and 10/08/07, pursuant to one
scheme and continuing course of conduct, steal jewelry
of Harvey Keeney having a value of $500 or
greater in violation of CR 7-101 of the Annotated Code of
Maryland.

03/10/08
Date

Applicant's Signature

PC DC/CR 1A (Rev. 1/02)


TRACKING NUMBER

COURT COPY