Case 1:08-cv-01461-RDB   Document 4   Filed 06/17/08   Page 1 of 2


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RANDY ANTHONY WEAVER            *
           Petitioner,
          v.                                  *     CIVIL ACTION NO. RDB-08-1461

WARDEN                            *
           Respondent.
                                         *****

## **O R D E R**

On June 5, 2008, the Court received for filing a "Petition for Emergency Writ of Habeas Corpus" filed by Randy Anthony Weaver ("Weaver"), a pre-trial detainee housed at the Frederick County Detention Center in Frederick, Maryland. Weaver alleges that he was taken into custody on May 25, 2008, upon an arrest warrant charging him with theft under $500.00 and the arrest warrant contains insufficient and questionable facts and appears procedurally infirm. (Paper No. 1). He contends that "constitutional safeguards" were not followed and seeks an order finding that his constitutional rights were violated and directing his release from custody. (*Id*.). For reasons to follow, the Petition shall be dismissed.[1]

Unless extraordinary circumstances are present, a federal court must not interfere with ongoing state criminal proceedings. *See Younger v. Harris*, 401 U.S. 37, 53-54 (1971). Pre-trial habeas relief under § 2241 is only available if a petitioner has exhausted state court remedies and "special circumstances" justify federal review. *See Dickerson v. Louisiana*, 816 F.2d 220, 226-29 (5th Cir. 1987). Weaver, who was arrested five days before this Petition was "filed," has

---

[1] The Petition was not accompanied by the $5.00 habeas filing fee. In light of the dismissal of this case, Weaver shall not be required to cure this deficiency.

undoubtedly not exhausted his state court remedies. Further, his claims do not warrant federal intrusion.

Accordingly, IT IS this 17th day of June, 2008, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Weaver's Petition for Emergency Writ of Habeas Corpus IS DISMISSED WITHOUT PREJUDICE; and

2. The Clerk SHALL CLOSE this case.

/s/
RICHARD D. BENNETT
UNITED STATES DISTRICT COURT